In re Davis, Darryl; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Divs. A, F, Nos. 99-173, 87-170; to the Court of Appeal, Fifth Circuit, Nos. 08-KH-473, 08-KH-396.
Denied. Untimely, not cognizable on collateral review, and repetitive. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172 cf. La.C.Cr.P. art. 930.4(D).